Richard B. Mazer SBN: 49632
Law Office of Richard B. Mazer
99 Divisadero St.
San Francisco, CA 94117
415 621 4100
richardbmazer@gmail.com

Attorney for Defendant
Khusar Mobley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> KHUSAR MOBLEY, et al. ) <br> ) <br> ) <br> Defendant. ) <br> ) | No. CR 12-00235 YGR <br><br> [PROPOSED] ORDER APPOINTING RICHARD B. MAZER TO REPRESENT KHUSAR MOBLEY |

Having reviewed the financial declaration signed by Khusar Mobley, I find that Mr. Mobley qualifies for appointment of court-appointed counsel. Accordingly, I appoint Richard B. Mazer, a member of the Panel of Attorneys eligible to represent indigent defendants in this District to represent Mr. Mobley in all further proceedings in this matter.

IT IS SO ORDERED.

Date: 7 Ju 12

_____
United States Magistrate Judge