# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>OTIS MOBLEY,<br><br>        Defendants. | No. CR 12-00235-02-YGR<br><br>**ORDER TEMPORARILY STAYING RELEASE OF DEFENDANT OTIS MOBLEY; AND RELEASING DEFENDANT** |

Otis Mobley's release is **TEMPORARILY STAYED** until May 18, 2012 at 4:00 p.m. to permit the government to seek a stay of the Order of Release with the Ninth Circuit Court of Appeals.

**IT IS FURTHER ORDERED** that the U.S. Marshals "roll up" Defendant Otis Mobley for Release to Pretrial Services by 4:00pm on Friday, May 18, 2012.

**IT IS SO ORDERED**.

Dated: May 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

RELEASE ORDER