MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-00235 YGR |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE SENTENCING HEARING TO MAY 16, 2013 AND [~~PROPOSED~~] ORDER |
| v. | |
| OTIS MOBLEY, and D'MARCE HUTCHERSON, | Date: April 4, 2013<br>Time: 2:00 p.m.<br>Court: Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

The above-captioned matters are set on April 4, 2013 before this Court for sentencing hearings. The parties request that the Court continue the hearings to May 16, 2013 at 2:00 p.m., because the victim-agent is not available on April 4th, counsel for all parties have various conflicting court appearances throughout April and the first week of May, and counsel for

////

////

////

////

////

STIP. REQ. TO CONTINUE SENTENCING HEARINGS TO MAY 16, 2013 AND [~~PROPOSED~~] ORDER
No. CR-12-00235 YGR

defendant Otis Mobley is out of the country for two weeks in April. The United States Probation Officer assigned to this case is aware of this request and available on May 16, 2013.

DATED: March 26, 2013                          /s/
                                               SUZANNE M. MORRIS
                                               Attorney for Defendant Otis Mobley

DATED: March 26, 2013                          /s/
                                               ANGELA HANSEN
                                               Attorney for Defendant D'Marce
                                               Hutcherson

DATED: March 26, 2013                          MELINDA HAAG
                                                 United States Attorney

                                                 /s/
                                               JAMES C. MANN
                                               Assistant United States Attorney

**IT IS HEREBY ORDERED** that the sentencing hearings as to defendants Otis Mobley and D'Marce Hutcherson are continued to May 16, 2013 at 2:00 p.m.

DATED: March 29, 2013                          _____
                                               HON. YVONNE GONZALEZ ROGERS
                                               United States District Court Judge