**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br>     **Plaintiff,** <br> vs. <br> **KHUSAR MOBLEY** *et al.*, <br>     **Defendant(s).** | Case No.: 12-CR-00235 YGR <br><br> **ORDER REGULATING POSSESSION AND USE OF ELECTRONIC DEVICES IN THE COURTROOM** |

The Court **HEREBY ORDERS** with respect to all proceedings in the above-referenced matter as follows:

With the exception of court personnel and court reporters, and with the further exception of laptops, PDAs or their equivalent used by counsel of record during and in connection with judicial proceedings, no electronic device as defined in General Order No. 58 may be brought into Courtroom 5 without express permission, in advance, from the undersigned judge. Members of the press may contact the Courtroom Deputy, Frances Stone, for information about applying for a Court Order authorizing electronic equipment.

**IT IS SO ORDERED**.

Date: June 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**